WALTER C. WRIGHT, JR., PLAINTIFF-PETITIONER, v. PRESS PUBLISHING CO., *ET ALS.*, DEFENDANTS-RE-SPONDENTS.

*Mr. Walter C. Wright, Jr., pro se.*

*Messrs. Arkus & Cooper* and *Mr. Harry Green,* for the respondents.

September 20, 1966. Denied.

DENNIS R. BIRUK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. WILLIAM WILSON, *ET AL.*, DEFENDANTS-RESPON-DENTS.

*Messrs. McCarter & English* and *Mr. Merritt Lane, Jr.,* for the petitioners.

*Messrs. Chazin & Chazin* and *Mr. Solomon Lubow,* for the respondents.

September 20, 1966. Granted.

OLIVER D. NOBLE, *ET UX.*, PLAINTIFFS-PETITIONERS, v. CHAIRMAN AND MEMBERS OF THE TOWNSHIP COM-MITTEE OF THE TOWNSHIP OF MENDHAM, *ETC.*, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 91 *N. J. Super.* 111.

*Mr. Oliver D. Noble* and *Mrs. Ella D. Noble, in propria persona.*

*Messrs. Schenck, Price, Smith & King* and *Mr. Alten W. Read.* for the respondents.

September 20, 1966. Denied.